**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1944**

MARK EASTHAM; PETER SPARK,

        Plaintiffs - Appellees,

     v.

ROBERT PAUL SHARPE,

        Defendant - Appellant,

    and

ALGERNON LEE BUTLER, III, Chapter 7 Trustee for Port City Contracting Services, Inc.,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:24-mc-00003-D)

Submitted:  August 28, 2025               Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Paul Sharpe, Appellant Pro Se.  John Charles Bircher, III, DAVIS HARTMAN WRIGHT PLLC, New Bern, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe seeks to appeal the district court's orders denying his motion to withdraw the reference of an adversary proceeding to the bankruptcy court and denying his motion for reconsideration. Sharpe also filed a motion and a supplemental motion to consolidate this appeal with two other appeals he has pending in this court. We deny the motions to consolidate these appeals. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Sharpe seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*